# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CITIZENS HEALTH CORPORATION, BY: LULA JOURNEY, CHAIR, CITIZENS HEALTH CORPORATION BOARD OF DIRECTORS, <br><br> Plaintiff, <br><br> vs. <br><br> KATHLEEN SEBELIUS, SECRETARY, U. S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U. S. DEPARTMENT OF HEALTH AND HUMAN, HEALTH RESOURCES ADMINSTRATION, JAMES D. MINOR, M.D., CHAIR, BOARD OF TRUSTEES OF THE HEALTH & HOSPITAL CORPORATION OF MARION COUNTY, IN, MATTHEW GUTWEIN, EXECUTIVE DIRECTOR, HEALTH & HOSPITAL CORPORATION OF MARION COUNTY, IN and HEALTH & HOSPITAL CORPORATION OF MARION COUNTY, IN, <br><br> Defendants. | Case No.: <br><br> **1:12-cv-0748 SEB-DKL** |

## NOTICE OF HEARING ON COMPLAINT SEEKING INJUNCTIVE RELIEF

Plaintiff Citizens Health Corporation having filed its Complaint seeking, among other matters, to enjoin certain actions respecting the Sec. 330 grant, now issued under grant no. H80CS00592, that may be taken by either Defendant, their agents, employees, successors, attorneys and all persons in active concert with either or all said Defendants.

Having considered the Complaint and Plaintiff's motion seeking injunctive relief, the Court finds that the matters involved require prompt consideration, therefore orders that:

1. Defendants shall file their answer(s) to the Complaint and motion on or before the ____ day of _____, 2012;

2. Plaintiff shall file its affidavits and memorandum on or before the ____ day of _____, 2012;

3. Defendants shall file affidavits and memoranda, if any, on or before the ____ day of _____, 2012;

4. Any response by Plaintiff, if deemed necessary, on or before the ____ day of _____, 2012; and

5. The hearing thereon is scheduled for the on or before the ____ day of _____, 2012, commencing at ___:____ __.m.

Date: _____

_____
**JUDGE,** United States District Court
For the Southern District of Indiana

**Mail Copies To:**

Hon. Kathleen Sebelius, Secretary
U. S. Dept. of Health and Human Services/
Health Resources Administration
C/O General Counsel
200 Independence Ave., SW
Washington, DC 20201

Tavonna Harris-Askew
General Counsel
Health & Hospital Corporation
3838 N. Rural St., Suite 820
Indianapolis, IN 46205

**Electronic Notice To:**

Aaron E. Haith
Attorney for Plaintiff
ahaith@sbcglobal.net